IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** : : : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | |
| : | 1:22-CV-3884-SCJ-CCB |
| **FISCHER CONNECTORS, INC.** : | |
| : | JURY TRIAL DEMAND |
| : | |
| Defendants. : | |
| _____ : | |

## WAIVER OF SERVICE OF SUMMONS

To:  Veronica R. Cox
  Trial Attorney
  U.S. Equal Employment Opportunity Commission
  Atlanta District Office
  100 Alabama Street, S.W., Suite 4R30
  Atlanta, GA  30303
  veronica.rogusky.cox@eeoc.gov

I acknowledge receipt of your request that I waive service of a Summons in the action of Equal Employment Opportunity Commission v. Fischer Connectors, Inc., which is case number 1:22-CV-3884-SCJ-CCB in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by

DocuSign Envelope ID: 8F3C8884-6D21-42CC-B1DE-7569C0E98A7C

Case 1:22-cv-03884-SCJ-CCB   Document 2   Filed 10/17/22   Page 2 of 2

which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after October 7, 2022, or within 90 days after that date if the request was sent outside the United States.

10/17/2022
_____
Date

*David Hughes*
_____
Signature

Printed/typed Name: David A. Hughes

as  Attorney  of  Fischer Connectors, Inc.