THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,                          Civil Action No.
                                            1:22-cv-03884-SCJ-CCB

FISCHER CONNECTORS, INC.

        Defendant.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of December, 2022, the foregoing Certificate of Interested Persons and Corporate Disclosure Statement of Plaintiff Intervenor Diane Nolan was filed with the Court's CM/ECF system, which will automatically serve the following:

Christopher Lage Deputy General Counsel
Marcus Keegan Regional Attorney
Lakisha Duckett Zimbabwe Assistant Regional Attorney
Veronica Cox Trial Attorney

David A. Hughes
Keely Jac Collins
JACKSON LEWIS, P.C.
171 17th Street, N.W., Suite 1200
Atlanta, GA 30363

Dated this 9th day of December, 2022.

                                        <u>/s/Debra Schwartz</u>
                                        Debra Schwartz
                                        Georgia Bar No. 631035
                                        James E. Rollins, Jr.
                                          Georgia Bar No. 613825

SCHWARTZ ROLLINS, LLC
3523 Habersham at Northlake, Bldg. A
Tucker, GA 30084
404-844-4133 (telephone)
404-844-4135 (facsimile)
des@gaemploymentlawyers.com