UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : : | |
| Plaintiff, : | CIVIL ACTION NO. 1:22-CV-03884-SCJ-CCB |
| v. : : | |
| FISCHER CONNECTORS, INC., : : | |
| Defendant. : | |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE**

Plaintiff Equal Employment Opportunity Commission ("EEOC"), by and through its undersigned counsel, hereby submits this notice of non-opposition to the motion to intervene filed by movant Diane Nolan on December 9, 2022 (Doc. 5).

Respectfully submitted this 14th day of December, 2022

                                           *s/Meeta T. Dama*
                                           Meeta T. Dama
                                           Georgia Bar No. 398137

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Atlanta District Office
100 Alabama St., SW, Suite 4R30
Atlanta, GA 30303
(470) 531-4852 (Direct Dial)
(404) 562-6905 (Facsimile)
meeta.dama@eeoc.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:22-CV-03884-SCJ-CCB |
| v. | : : : | |
| FISCHER CONNECTORS, INC., | : : | |
| Defendant. | : : | |

## CERTIFICATE OF SERVICE

This is to certify that on December 14, 2022, the foregoing PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S NOTICE OF NO-OPPOSITION TO MOTION TO INTERVENE was electronically filed with the Clerk of the Court using the CM/ECF system, which caused the same to be electronically served upon all counsel of record in this civil action.

                                                  <u>s/Meeta T. Dama</u>
                                                  Meeta T. Dama
                                                  Georgia Bar No. 398137

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Atlanta District Office
100 Alabama St., SW, Suite 4R30
Atlanta, GA 30303
(470) 531-4852 (Direct Dial)
(404) 562-6905 (Facsimile)
meeta.dama@eeoc.gov